AO91 (Rev. 12/03)   Criminal Complaint       Felony         AUSA

United States District Court
Southern District of Texas
**FILED**
SEP 3 0 2019
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Karla Karina MEDINA-Lopez
A212 952 779  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19- 977-MJ-

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 28, 2019 in Cameron County, in the Southern District Of Texas defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title   8   United States Code, Section(s)   1326(a)(1)/(b)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on September 28, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 04/21/2017. The defendant was convicted of Reentry of a Removed Alien on 04/20/2017. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $4.00 USD and $200 Mexican pesos at time of apprehension.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Hernandez, Duane   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 30, 2019                at   Brownsville, Texas
Date                                     City/State

Ignacio Torteya III         U.S. Magistrate Judge
Name of Judge               Title of Judge            Signature of Judge